Scottlynn J Hubbard IV, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Brenda Pickern

Cris C. Vaughan, SBN 99568
**VAUGHAN & ASSOCIATES**
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Email: ccvaughan@sbcglobal.net

Attorneys for Defendants Sisco Enterprises, Inc.
dba Round Table #13, Shahab S. Tehrani, Nazila Habibizad,
Hassan Behzadi, and Shayesteh Behzadi

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>v.<br><br>SISCO ENTERPRISES, INC. dba ROUND TABLE #13; SHAHAB S. TEHRANI; NAZILA HABIBIZAD; HASSAN BEHZADI; SHAYESTEH BEHZADI,<br><br>    Defendants. | Case No.  2:15-cv-00126-MCE-CMK<br><br>JOINT STIPULATION FOR DISMISSAL; ORDER THEREON |

TO THE COURT AND ALL PARTIES:

    Plaintiff Brenda Pickern and Defendants Sisco Enterprises, Inc. dba Round Table #13; Shahab S. Tehrani; Nazila Habibizad; Hassan Behzadi; and Shayesteh Behzadi stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 9, 2015    DISABLED ADVOCACY GROUP, APLC

                                        /s/   Scottlynn J Hubbard     /
                                        Scottlynn J Hubbard IV
                                        Attorneys for Plaintiff Brenda Pickern

Dated: October 9, 2015    VAUGHAN & ASSOCIATES

                                        /s/   Cris C. Vaughan          /
                                        Cris C. Vaughan
                                        Attorneys for Defendants Sisco Enterprises, Inc. dba Round Table #13, Shahab S. Tehrani, Nazila Habibizad, Hassan Behzadi, and Shayesteh Behzadi

## **ORDER**

    In accordance with the foregoing stipulation and good cause appearing, the above-entitled action is hereby dismissed with prejudice. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

    IT IS SO ORDERED.

DATED: October 20, 2015

                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT